OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS

OFFICE BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

STATE OF TEXAS
PENALTY FOR
PRIVATE USE

U.S. POSTAGE >> PITNEY BOWES

ZIP 78701
02 1W
0001401603

$ 000.27⁵

OCT 08 2015

WR-83,983-01

10/5/2015
JOHNSON, VICTOR VEE-JAY ☆ Tr. Ct. No. 24639A-86

On this day, the application for 11.07 Writ of Habeas Corpus has been received and presented to the Court.

Abel Acosta, Clerk

VICTOR VEE-JAY JOHNSON
BETO I UNIT - TDC # 1501027
1391 FM 3328
TENNESSEE COLONY, TX 75880

UTF